# SIXTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

Case No. 6D2023-4236
Lower Tribunal No. 2021-CA-000998-0001-XX

_____

AMY KATHRYN COPELIN LANTZ, as Personal Representative of the ESTATE OF
DAVID L. COPELIN,

Appellant,

v.

PAVONIA LIFE INSURANCE COMPANY OF MICHIGAN,

Appellee.

_____

Appeal from the Circuit Court for Collier County.
Lauren L. Brodie, Judge.

August 27, 2024

PER CURIAM.

AFFIRMED.

STARGEL and WHITE, JJ., and LAMBERT, B.D., Associate Judge, concur.


C. Christopher Muth, of C. Christopher Muth Ltd., Naples, for Appellant.

Sonia M. Diaz and Amanda M. Globetti, of Coleman, Taylor, Klaus, Doupé, Diaz
& Torrez, P.A., Naples, for Appellee.

Brian J. Linnerooth and John A. Sullivan, of Best & Flanagan, LLP, Minneapolis,
Minnesota, Pro Hac Vice, for Appellee.


NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING
AND DISPOSITION THEREOF IF FILED